UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| HENRY C. BOND | ) | |
|---|---|---|
| *Petitioner*, | ) | |
| v. | ) | No. 3:06-cv-213 |
| | ) | *Phillips* |
| HOWARD CARLTON, Warden | ) | |
| *Respondent*. | ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the petition for the writ of habeas corpus is **DENIED** as time-barred and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is hereby **DENIED**. The court further **DENIES** the petitioner leave to proceed *in forma pauperis* on appeal.

**E N T E R:**

                                          s/ Thomas W. Phillips
                                        United States District Judge

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
    CLERK OF COURT